AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-22-119-TUC-JAS

```
        FILED        LODGED
        RECEIVED     COPY

          MAR 21 2022

        CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
   BY                      DEPUTY
```

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

The documents for <u>SORAY LLC, James Frisch</u> was received by me on <u>Mar 18, 2022, 3:00 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the documents on <u>SORAY LLC, James Frisch C/O AUTHORIZED PERSON SUSAN DATON</u> , who is designated to accept service of process on behalf of <u>SORAY LLC and James Frisch</u> on <u>Fri, Mar 18 2022.</u>

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0.0</u> for travel and $ <u>89.0</u> for services, for a total of $ <u>$89.00</u>.

I declare under penalty of perjury that this information is true.

Date: 03/19/2022

_____
*Server's signature*

Jeff Greer Arizona Certified Process Server - Pima County No PM576
_____
*Printed name and title*

31 N 6TH AVE STE 105, TUCSON, AZ 85701
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 18, 2022, 4:25 pm MST at King & Frisch LAW OFFICE : 6226 E PIMA ST STE 150, TUCSON, AZ 85712-3020 received by SORAY LLC James Frisch C/O AUTHORIZED PERSON SUSAN DATON. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 270; Height: 5'7"; Hair: White; Relationship: FRONT DESK/LEGAL ASSISTANT;