KING & FRISCH, P.C.
6226 East Pima, Suite #150
Tucson, Arizona 85712
Telephone: (520) 790-4061
Facsimile: (520) 571-8148
JAMES C. FRISCH
State Bar #003547/PCC#19392
E-mail: jfrisch@kfazlaw.com
JOHN P. CHRISTIANSEN
State Bar #031047/PCC #66779
E-mail: jchristiansen@kfazlaw.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NORSTAR, LLC, et al., | Case No. 4:22-cv-0019-JAS |
| Plaintiff, | |
| v. | **NOTICE OF LIMITED APPEARANCE** |
| SORAYS, LLC, et al., | |
| Defendants. | |

The law firm of KING & FRISCH, through JAMES C. FRISCH, hereby enters its limited appearance on behalf of defendants James C. Frisch and Sorays, LLC for purposes of filing this Notice, the Motion for Extension of Time to Respond to Complaint filed concurrent with this Notice, and a subsequent responsive pleading in the form of a Motion to Dismiss on the basis of lack of jurisdiction, improper party, failure to state a claim upon which relief can be granted, and mootness.

KING & FRISCH, P.C.

By:   */s/James C. Frisch*
       JAMES C. FRISCH
       Attorneys for Defendants

///

1

1
2   Copy of the foregoing emailed/mailed
    this 21st day of March 2022 to:
3
4   Chris Nero
    2120 E Broadway Blvd., Ste 108
    Tucson, AZ 85719
5
6   Norstar, LLC
    c/o Chris Nero
7   890 W Grant Rd.
    Tucson, AZ 85705
8
         *kb*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2