# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norstar 9 LLC, et al., | No. CV-22-00119-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Sorays LLC, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Extension of Time (Doc. 6). On March 11, 2022, this Court ordered Defendants to respond to Plaintiff's motion for preliminary injunction no later than March 21, 2022 (Doc. 4). Defendants requested a 20-day extension of time. A review of the record reflects that Defendants have not filed a response. Therefore,

**IT IS ORDERED** GRANTING Defendants' Motion for Extension of Time (Doc. 6). Defendants shall file their response no later than September 2, 2022. If this case is moot, the parties shall file a joint motion to dismiss no later than September 2, 2022.

Dated this 19th day of August, 2022.

Honorable James A. Soto
United States District Judge